IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GRAHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1588 |
| ) | Chief Judge Ambrose |
| PENNSYLVANIA BOARD of PROBATION ) | Magistrate Judge Caiazza |
| and PAROLE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Michael Graham's Petition for Writ of Habeas Corpus was received by the Clerk of Court on November 20, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 15, 2007, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Graham be denied as moot and that a certificate of appealability be denied.  The parties were allowed ten days from the date of service to file objections, and the Court extended the objections period until July 6, 2007, at the Petitioner's request (Doc. 16).  The Petitioner filed objections on July 2, 2007 (Doc. 17).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 12th day of July, 2007,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Michael Graham is denied as moot, and a certificate of appelability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 14), dated May 15, 2007, is adopted as the opinion of the court.

                                          s/Donetta Ambrose
                                          Donetta Ambrose
                                          Chief U.S. District Court Judge

cc:
MICHAEL GRAHAM
310 Giffin Avenue
Pittsburgh, PA 15210